UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 DEC 22 P 2: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| KIPP R. GIBBS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SLM CORP., et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 03-12565-PBS |

### STIPULATION TO ENLARGE TIME

Plaintiff Kipp R. Gibbs ("plaintiff") and defendants SLM Corp., Sallie Mae Servicing, L.P., Nellie Mae, and General Revenue Corporation (collectively, the "Sallie Mae Defendants") hereby stipulate that the time within which the Sallie Mae Defendants must answer or otherwise respond to plaintiff's Complaint shall be, and is hereby, enlarged to and including January 9, 2004.

Respectfully submitted,

KIPP R. GIBBS                               SALLIE MAE DEFENDANTS

By their attorneys,

*Kipp R. Gibbs (Pro Se)*                    _____
Kipp R. Gibbs (pro se)                      Peter E. Gelhaar (BBO #188310)
P.O. Box 42                                 Matthew N. Kane (BBO #636801)
Osterville, MA 02655                        Donnelly, Conroy & Gelhaar, LLP
(508) 292-2280                              One Beacon Street, 33rd Floor
                                            (617) 720-2880

Dated: December 22, 2003