UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JAN -7  P 3: 26

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| KIPP R. GIBBS, ) |  |
| ) |  |
| Plaintiff, ) |  |
| ) |  |
| v. ) | CIVIL ACTION NO. 03-12565-PBS |
| ) |  |
| SLM CORP., et al., ) |  |
| ) |  |
| Defendants. ) |  |

## STIPULATION CONCERNING THE AMENDED COMPLAINT (1/5/04)

Plaintiff Kipp R. Gibbs ("plaintiff") and defendants SLM Corp., Sallie Mae Servicing, L.P., Nellie Mae, and General Revenue Corporation (collectively, the "Sallie Mae Defendants") hereby stipulate that:

1. The plaintiff filed a document captioned "Amended Complaint (1/5/04)" (hereinafter the "Amended Complaint") with this Court on January 5, 2004.

2. Pursuant to Fed. R. Civ. P. 15(a), this stipulation constitutes the Sallie Mae Defendants' written consent to this amendment.

3. The plaintiff and the Sallie Mae Defendants agree that all prior complaints and amendments in this action are superseded by the Amended Complaint. Therefore, no response is required to the allegations set forth in any of the previous complaints and amendments filed in this Court and Barnstable Superior Court.

4. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), the Sallie Mae Defendants have twenty (20) days to answer or otherwise respond to the Amended Complaint. The Sallie

Mae Defendants must therefore provide a response to the Amended Complaint on or before January 26, 2004.

5. The plaintiff does not intend to file any further amendments to the Amended Complaint.

Dated: January 7, 2004

Respectfully submitted,

| KIPP R. GIBBS | SALLIE MAE DEFENDANTS |
|---|---|
| | By their attorneys, |
| *Kipp R. Gibbs (by MNK)* | *Matthew N. K.* |
| Kipp R. Gibbs (pro se) | Peter E. Gelhaar (BBO #188310) |
| P.O. Box 42 | Matthew N. Kane (BBO #636801) |
| Osterville, MA 02655 | Donnelly, Conroy & Gelhaar, LLP |
| | One Beacon Street, 33rd Floor |
| | (617) 720-2880 |

**SO ORDERED.**

_____
Patti B. Saris
United States District Judge

Entered:_____