UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIPP R. GIBBS,<br><br>   Plaintiff,<br><br>v.<br><br>SLM CORP., SALLIE MAE SERVICING, L.P.,<br>NELLIE MAE, USA FUNDS, GENERAL<br>REVENUE CORPORATION,<br><br>   Defendants. | CIVIL ACTION NO.<br>03-CV-12565-PBS |

## NOTICE OF FILING CERTIFIED COPIES OF
## STATE COURT RECORDS AND PROCEEDINGS

Pursuant to Local Rule 81.1(a) and 28 U.S.C. § 1447(b), defendants SLM Corporation, Sallie Mae Servicing, L.P., Nellie Mae, and General Revenue Corporation (collectively "the Sallie Mae defendants") hereby file certified copies of all records and proceedings in the Barnstable Superior Court prior to removal of the above-referenced matter. These certified records are attached hereto as Exhibit A.

Respectfully submitted,

SLM CORP., SALLIE MAE SERVICING, L.P.
NELLIE MAE, and GENERAL
REVENUE CORPORATION

By their attorneys,

*/s/ Matthew N. Kane*
Peter E. Gelhaar (BBO #188310)
Matthew N. Kane (BBO #636801)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02109-2105
(617) 720-2880

Dated: January 6, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand / overnight

Date: 1/6/04  /s/ Matthew N. Kane