


**OFFICE OF THE SHERIFF**
HENRICO COUNTY, VA

2004 JAN 13 P 1:05

## AFFIDAVIT OF SERVICE

Being duly sworn and authorized to make service as provided by the Code of Virginia, by my signature subscribed below I do hereby certify that I executed a true copy of the within Summons + Complaint, in the following manner and on the date so indicated;

( ) Served in person
(X) Registered agent
( ) Served on the person or officer found in charge
( ) Posted service (only in authorized)
( ) Member of Family (Resident)
( ) Not found
(Explain): _____

See Attached Authorization

718237

### Description of Person Served

| Name | Race | Sex | DOB/AGE | SSN |
|---|---|---|---|---|
| Lisa Poffenberger | | | | |
| Street Address | HGT | WGT | Eye Color | Hair |
| Commonwealth Legal Services | | | | |
| 4701 Cox RC | | | | |
| Reg Agent - SLM Corporation of Virginia | | | | |

Signature of Affiant _____    Date of Service: DEC 12 2003

### AFFIDAVIT
COMMONWEALTH OF VIRGINIA
COUNTY OF HENRICO, VIRGINIA

Before me personally appeared the said _____, who says that he/she executed the above instrument in the above manner and on the date indicated.

Sworn to and subscribed in my presence this 12 day of December, 2003. My commission expires 12-31-04.

Signature of Notary

HSO-120 (2/00)

## AUTHORIZATION PURSUANT TO CODE OF VIRGINIA
## SECTIONS 13.1-637A; 13.1-766A; 13.1-836A; 13.1-928A; 13.1-1018A; OR 50-73A

Commonwealth Legal Services Corporation is registered agent for various corporations, limited liability companies and partnerships. William J. Bridge, President and Director of Commonwealth Legal Services Corporation, hereby designates the following persons in the office of the corporation upon whom any process, notice or demand may be served, as representatives of the Corporation:

Tinika Baylor

Joanna Donquis

Carl Goodwyn

Blake Hodge

Heather mcKinney

Lisa Poffenberger

Nanette Rider

Charesse Young

This writing also authorizes service of process by facsimile by the Sheriff, pursuant to Section 13.1-637A.

THIS AUTHORIZATION PERTAINS TO THE AUTHORITY OF INDIVIDUALS TO RECEIVE PROCESS ON BEHALF OF COMMONWEALTH LEGAL SERVICES CORPORATION. IT DOES NOT CERTIFY THE RECEIPT OR ACCEPTANCE OF ANY SPECIFIC PROCESS.

_William J. Bridge_

COMMONWEALTH OF VIRGINIA
COUNTY OF MATHEWS, to-wit:

The foregoing instrument was acknowledged before in the jurisdiction aforesaid this 14th day of August, 2001, by William J. Bridge.
My commission expires: 7-31-04

_Brenda Drinkwater_
NOTARY PUBLIC

(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: — CONTRACT   TORT
                         MOTOR VEHICLE TORT    (EQUITABLE RELIEF)        OTHER)

# Commonwealth of Massachusetts

BARNSTABLE, ss.                                              SUPERIOR COURT
                                                             No. 03-722

Kipp R. Gibbs

VS.

SLM Corp. (a.k.a. Sallie Mae and as USA Education, Inc.), Sallie Mae Servicing, L.P., Nellie Mae, USA Funds, General Revenue Corporation

## SUMMONS

To the above-named defendant: Sallie Mae Servicing, L.P., c/o registered agent, Commonwealth Legal Services Corporation, 4701 Cox Rd., Ste. 301, Glen Allen, VA 23060-6802

You are hereby summoned and required to serve upon ................................................

Kipp Gibbs ................................................................ plaintiff's attorney, whose address is

PO Box 42, Osterville, MA 02655 ................................................, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Barnstable either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO Esquire, at Barnstable, the ................................................

day of ................................................, in the year of our Lord two thousand and ................................................

                                                     _Scott W. Nickerson_ Clerk

NOTE: When more than one defendant is involved, the names of all defendants shall appear in the caption. If a separate summons is issued for each defendant, each should be addressed to the particular defendant.

**NOTICE TO DEFENDANT**
You need not appear personally in court to answer the complaint but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.




**OFFICE OF THE SHERIFF**
HENRICO COUNTY, VA

## AFFIDAVIT OF SERVICE

Being duly sworn and authorized to make service as provided by the Code of Virginia, by my signature subscribed below I do hereby certify that I executed a true copy of the within, _Summons + Complaint_, in the following manner and on the date so indicated;

( ) Served in person
(X) Registered agent
( ) Served on the person or officer found in charge
( ) Posted service (only in authorized)
( ) Member of Family (Resident)
( ) Not found
(Explain): _See Attached Authorization_

718240

| Description of Person Served | | | | |
|---|---|---|---|---|
| Name Lisa Riffenberger | Race | Sex | DOB/AGE | SSN |
| Street Address Commonwealth Legal Services 4701 Cox Rd Reg Agent for Sallie Mae Servicing, L.P. | HGT | WGT | Eye Color | Hair |

_W Cone_          DEC 1 2 2003
Signature of Affiant          Date of Service

### AFFIDAVIT
COMMONWEALTH OF VIRGINIA
COUNTY OF HENRICO, VIRGINIA

Before me personally appeared the said _W Cone_, who says that he/she executed the above instrument in the above manner and on the date indicated.

Sworn to and subscribed in my presence this _12_ day of _December_, 20 _03_ My commission expires _12-31-04_.

_Kristie M__
Signature of Notary

HSO-120 (2/00)

## AUTHORIZATION PURSUANT TO CODE OF VIRGINIA
## SECTIONS 13.1-637A; 13.1-766A; 13.1-836A; 13.1-928A; 13.1-1018A; OR 50-73A

Commonwealth Legal Services Corporation is registered agent for various corporations, limited liability companies and partnerships. William J. Bridge, President and Director of Commonwealth Legal Services Corporation, hereby designates the following persons in the office of the corporation upon whom any process, notice or demand may be served, as representatives of the Corporation:

Tinika Baylor

Joanna Donquis

Carl Goodwyn

Blake Hodge

Heather mcKinney

Lisa Poffenberger

Nanette Rider

Charesse Young

This writing also authorizes service of process by facsimile by the Sheriff, pursuant to Section 13.1-637A.

THIS AUTHORIZATION PERTAINS TO THE AUTHORITY OF INDIVIDUALS TO RECEIVE PROCESS ON BEHALF OF COMMONWEALTH LEGAL SERVICES CORPORATION. IT DOES NOT CERTIFY THE RECEIPT OR ACCEPTANCE OF ANY SPECIFIC PROCESS.

_/s/ William J. Bridge_
William J. Bridge

COMMONWEALTH OF VIRGINIA
COUNTY OF MATHEWS, to-wit:

The foregoing instrument was acknowledged before in the jurisdiction aforesaid this 14th day of August, 2001, by William J. Bridge.
My commission expires: 7-31-04 .

_/s/ Brenda Drinkwater_
NOTARY PUBLIC

(TO PLAINTIFF'S ATTORNEY:   PLEASE CIR~~~ ~~TYPE OF ACTION INVOLVED: — CONTRACT   TORT
                                        MOTOR VEHICLE TORT      (EQUITABLE RELIEF)         OTHER)

# Commonwealth of Massachusetts

BARNSTABLE, ss.

SUPERIOR COURT
No. 03-722

Kipp R. Gibbs

VS.

SLM Corp. (a.k.a. Sallie Mae and as USA Education, Inc.), Sallie Mae Servicing, L.P., Nellie Mae, USA Funds, General Revenue Corporation

## SUMMONS

To the above-named defendant : SLM Corporation of Virginia, c/o registered agent, Commonwealth Legal Services Corporation, 4701 Cox Rd. Ste. 3c Glen Allen, VA 23060-6802

You are hereby summoned and required to serve upon Kipp Gibbs ........................ plaintiff's attorney, whose address is PO Box 42, Osterville, MA 02655, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Barnstable either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **SUZANNE V. DEL VECCHIO** Esquire, at Barnstable, the ........................

day of ........................, in the year of our Lord two thousand and ........................

_Scott W. Nickerson_ Clerk

**NOTE:** When more than one defendant is involved, the names of all defendants shall appear in the caption. If a separate summons is issued for each defendant, each should be addressed to the particular defendant.

## NOTICE TO DEFENDANT

You need not appear personally in court to answer the complaint but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.

State of Indiana
County of Hamilton

# AFFIDAVIT OF SERVICE

Before me, the undersigned authority, personally appeared _Bruce Morse_ Special Deputy, Hamilton County, State of Indiana, who was sworn and said:

1. Affiant is an employee of the Hamilton County Sheriff's Department authorized by law to serve process.

2. The affiant, in official capacity as Special Deputy did serve a copy of the _Summons & Complaint on United Student Aid Funds Inc. 10455 Crosspoint Blvd., Suite 230 Indianapolis In_ w/ Julie Pagoda (Corporate Counsel)

3. Service was obtained on the _31st_ day of _Dec._, 2003 at _1350_ o'clock _P_ .M.

_Bruce Morse 1302_
Special Deputy

_[signature]_
Sheriff of Hamilton County.

Subscribed and sworn to and before me this _5th_ day of _Jan._, 200_4_.

_Carolyn S. Connors_
Notary Public
CAROLYN S. CONNORS
Commission expires: _04-13-2009_
County of Residence: _Madison_

(TO PLAINTIFF'S ATTORNEY:   PLEASE CIRCLE TYPE OF ACTION INVOLVED:   CONTRACT   TORT
                            MOTOR VEHICLE TORT   (EQUITABLE RELIEF   OTHER)

# Commonwealth of Massachusetts

BARNSTABLE, ss.                                       SUPERIOR COURT
                                                      No. 03-722

Kipp R. Gibbs

vs.

SLM Corp. (a.k.a. Sallie Mae and/or USA Education, Inc.) Sallie Mae Servicing, L.P., Nellie Mae, USA Funds, General Revenue Corporation

RECEIVED

DEC 17 2003

HAMILTON
SHERIFF'S DEPT.

**SUMMONS**

To the above-named defendant: United Student Aid Funds, Inc., c/o registered agent, David B. Boodt, 10475 Crosspoint Blvd., Ste. 230, Indianapolis, IN 46256

You are hereby summoned and required to serve upon Kipp Gibbs ................ plaintiff's attorney, whose address is PO Box 42, Osterville, MA 02655 ................, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Barnstable either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO Esquire, at Barnstable, the ..............................

day of ................, in the year of our Lord two thousand and ..............

Scott W. Nickerson  Clerk

**NOTE:** When more than one defendant is involved, the names of all defendants shall appear in the caption. If a separate summons is issued for each defendant, each should be addressed to the particular defendant.

**NOTICE TO DEFENDANT**

You need not appear personally in court to answer the complaint but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.



Gerald T. McFaul
County Sheriff

03-1005
AFFIDAVIT OF SERVICE

CASE NUMBER: 03-722

ON THIS _____ DAY OF DEC 1 2 2003 20___
I SERVED THE WITHIN NAMED General Revenue Corp.
c/o C.T Corp. System, 1300 E. 9TH St. Suite 1010
Cleveland, OH 44114
BY (LEAVING) (HANDING PERSONALLY) LEAVING AT CENTRAL POLICE STATION (FOR)
HIM, HER, (THEM, AT THEIR USUAL PLACE OF BUSINESS) RESIDENCE, A TRUE
CERTIFIED COPY THEREOF WITH ALL THE ENDORSEMENTS THEREON.
NOT FOUND IN MY COUNTY Personal service to Kelly in legal dept.

DEPUTY _Tim Lynsky_

**TIM LYNSKY**

STATE OF OHIO
CUYAHOGA COUNTY
SHERIFF'S FEES

SERVICE AND RETURN   6.00
POSTAGE              .37
COPY                 ____
MILAGE               2.50
TOTAL                8.87

SWORN TO AND SUBSCRIBED BEFORE ME THIS 22 DAY OF Dec. 2003

_Teresa Gilmore_

**TERESA GILMORE**
Notary Public, State of Ohio, Cuy. Cty.
My Commission Expires Mar. 17, 2007

(TO PLAINTIFF'S ATTORNEY:   PLEASE CIRCLE TYPE OF ACTION INVOLVED:—CONTRACT   TORT
                            MOTOR VEHICLE TORT      (EQUITABLE RELIEF)      OTHER)

# Commonwealth of Massachusetts

BARNSTABLE, ss.                                                SUPERIOR COURT
                                                               No. 03-722

Kipp R. Gibbs

vs.

SLM Corp. (a.k.a. Sallie Mae and as USA Education, Inc.) Sallie Mae Servicing, L.P., Nellie Mae, USA Funds, General Revenue Corporation

## SUMMONS

To the above-named defendant : General Revenue Corporation, c/o registered agent, CT Corporation System, 1300 East Ninth Street, Suite 1010, Cleveland, Ohio 44114

You are hereby summoned and required to serve upon Kipp Gibbs ........................................ plaintiff's attorney, whose address is PO Box 42, Osterville, MA 02655 ........................................, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Barnstable either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness,   SUZANNE V. DEL VECCHIO   Esquire, at Barnstable, the ...........................

day of ........................................., in the year of our Lord two thousand and ...........................

                                                    Scott W. Nickerson   Clerk

**NOTE:** When more than one defendant is involved, the names of all defendants shall appear in the caption. If a separate summons is issued for each defendant, each should be addressed to the particular defendant.

## NOTICE TO DEFENDANT

You need not appear personally in court to answer the complaint but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.

PO Box 42
Osterville, MA 02655
January 13, 2004

**BY HAND**

Clerk of the Court
United States District Court for
 the District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, MA 02110

Re:   Gibbs v. SLM Corp. et al.
      United States District Court; District of Massachusetts
      Civil Action No.: 03-cv-12565PBS

Dear Sir or Madam:

Enclosed please find proofs of service for:

a. SLM Corp.;

b. Sallie Mae Servicing, L.P.;

c. USA Funds;

d. General Revenue Corporation.

Sincerely,

Kipp Gibbs, Plaintiff
Pro Se
(508) 292-2280

Enclosures
cc: Matthew Kane, Peter E. Gelhaar  (via First Class mail)
    Donnelly, Conroy & Gelhaar, LLP
    One Beacon Street, 33rd Floor
    Boston, MA 02108