U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF Kipp R. Gibbs | COURT CASE NUMBER 03-cv-12565 PBS |
|---|---|
| DEFENDANT Sallie Mae Defendants, SLM Corp. et al. | TYPE OF PROCESS Complaint |

| SERVE ➡ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN Peter Gelhaar, Donnelly, Conroy & Gelhaar, LLP ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) One Beacon St, 33rd Floor, Boston, MA 02108 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| Kipp Gibbs PO Box 42 Osterville, MA 02655 | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | $45.00 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All
Fold  Telephone Numbers, and Estimated Times Available For Service):  Fold

Platt. # tel. #: (508) 292-2280

| Signature of Attorney or other Originator requesting service on behalf of: Kipp R. G— | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (508) 292-2280 | DATE 1/5/04 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk Nancy Salvucci | Date 1/5/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee $45 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Kipp R. Gibbs,
Plaintiff,

v.

SLM Corp. (a.k.a. Sallie Mae and as
USA Education, Inc.), Sallie Mae
Servicing, L.P., Nellie Mae, USA Funds,
General Revenue Corporation,
Defendants.

CIVIL ACTION NO.    03-cv-12565PBS

Amended Complaint (1/5/04)


## INTRODUCTION

This is a class action against the Defendants jointly and severally, who appear to operate as a joint enterprise, brought by the representative plaintiff on his own behalf and on behalf of a class of Massachusetts student loan borrowers and other student loan borrowers throughout the country, seeking compensatory, punitive and injunctive relief for unlawful collection practices, duress, inaccurate credit reporting, increased interest charge, added penalties, and economic injury. This action arises from various defendants' negligence, coercion of borrowers to consolidate debt, violation of state and federal law and federal regulations, and failure to adequately monitor and control employees' and companies' collection activities on student loans.


## PARTIES

1.   Kipp Gibbs is a citizen of the Commonwealth of Massachusetts who, at all relevant times, has had a domicile or usual place of business in Barnstable, Massachusetts.