UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIPP R. GIBBS, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>) CIVIL ACTION NO.<br>) 03-CV-12565-PBS<br>SLM CORP., SALLIE MAE SERVICING, L.P., )<br>NELLIE MAE, USA FUNDS, GENERAL )<br>REVENUE CORPORATION, )<br>)<br>Defendants. )<br>) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), SLM Corporation, Sallie Mae Servicing, L.P., Nellie Mae and General Revenue Corporation hereby identify all parent corporations and list all publicly held companies that own 10 percent or more of their stock:

**SLM Corporation:** SLM Corporation ("SLM") is the ultimate parent corporation for Sallie Mae divisions and subsidiaries. SLM is a publicly traded corporation listed on the New York Stock Exchange. As of September 30, 2003, Fidelity Management Research owned 11.7% of SLM's outstanding stock and Banc of America Corporation owned 10.9% of SLM's outstanding stock.

**Sallie Mae Servicing, L.P.:** Sallie Mae Servicing, L.P. was a limited partnership whose sole general partner was Sallie Mae, Inc. On December 31, 2003, Sallie Mae Servicing, L.P. was merged into Sallie Mae, Inc.

**Nellie Mae:** There is no entity known as Nellie Mae. There is an entity known as Nellie Mae Holding LLC, a Delaware limited liability corporation. Nellie Mae Holding LLC's sole member is the Student Loan Marketing Association, which in turn is a wholly owned subsidiary of SLM. In addition, there is an entity known as Nellie Mae Corporation, a Delaware corporation. Nellie Mae Corporation is wholly owned by SLM Originations Corporation which is an affiliate of SLM.

**USA Funds:** United Student Aid Funds, Inc. ("USA Funds") is an independent, non-profit entity incorporated in Delaware with its principal place of business in Indianapolis, Indiana.

**General Revenue Corporation:** General Revenue Corporation ("GRC") is a subsidiary of USA Group Enterprises, LLC a Delaware limited liability corporation whose sole member is SLM.

Respectfully submitted,

SLM CORP., SALLIE MAE SERVICING, L.P., NELLIE MAE, USA FUNDS and GENERAL REVENUE CORPORATION

By their attorneys,

_/s/ Matthew N. Kane_
Peter E. Gelhaar (BBO #188310)
Matthew N. Kane (BBO #636801)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02109-2105
(617) 720-2880

Dated: January 22, 2004