IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIPP GIBBS, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SLM CORPORATION, SALLIE MAE SERVICING L.P., NELLIE MAE, USA FUNDS, and GENERAL REVENUE CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 03-CV-12565-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

Please enter an appearance for the undersigned counsel as attorneys for Defendants SLM Corporation, Sallie Mae Servicing L.P., Nellie Mae, USA Funds, and General Revenue Corporation in the above-captioned case.

Respectfully submitted,

_/s/ Matthew N. Kane_
Peter E. Gelhaar (BBO #188310)
Matthew N. Kane (BBO #636801)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

Dated: January 22, 2004