IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIPP GIBBS, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SLM CORPORATION, SALLIE MAE SERVICING L.P., NELLIE MAE, USA FUNDS, and GENERAL REVENUE CORPORATION,<br><br>Defendants. | Civil Action No. 03-CV-12565-PBS |

## AFFIDAVIT OF MATTHEW N. KANE

I, Matthew N. Kane, on oath, state and depose as follows:

1. I am associated with the law firm Donnelly, Conroy and Gelhaar, LLP, counsel for the Defendants in the above-captioned matter. I am an attorney in good standing in every jurisdiction where I have been admitted to practice law.

2. Attached hereto as Exhibit A is a true and accurate copy of *Schwaeble v. Sallie Mae Servicing, L.P.*, 3:02 CU-84 (M.D. Ga. November 5, 2003).

3. Attached hereto as Exhibit B is a true and accurate copy of *Brumberger v. Sallie Mae Servicing Corp.*, C.A. No. 02-2909 (E.D. La. March 28, 2003).

4. Attached hereto as Exhibit C is a true and accurate copy of *Edler v. Student Loan Marketing Association*, 1993 WL 625570 (D.D.C. 1993).

5. Attached hereto as Exhibit D is a true and accurate copy of a January 8, 2004 letter from the Plaintiff to the undersigned counsel.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 26TH DAY OF JANUARY 2004.

_____
Matthew N. Kane
(BBO #636801)

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by ~~mail/by hand~~ overnight

Date: 1/26/04  _____

2