UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Kipp R. Gibbs
Plaintiff,

V.

Civil Action Number
03-12565-PBS

SLM Corp., et al.
Defendants

January 29, 2004

## SCHEDULING ORDER

Saris, D.J.,

Court stays all discovery with the exception of Automatic Disclosures.

Plaintiff to Respond to Defendant's Motion to Dismiss by February 12, 2004.

By the Court,

s/ Robert C. Alba
Deputy Clerk

