UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KIPP GIBBS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 03-12565-PBS |
| | ) | |
| SLM CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION HEARING

PLEASE TAKE NOTICE that the "Defendants' Motion to Dismiss the Amended Complaint (1/5/04)" (Docket # 16) has been scheduled for hearing on Friday, March 19, 2004, at 10:00 A.M. before Magistrate Judge Judith Gail Dein in Courtroom #15 on the 5th floor.

TONY ANASTAS,
CLERK OF COURT

/ s / Jolyne D'Ambrosio
By: Deputy Clerk

DATED: February 25, 2004