IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIPP GIBBS, individually and on behalf of all other similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SLM CORPORATION, SALLIE MAE )<br>SERVICING L.P., NELLIE MAE, USA )<br>FUNDS, and GENERAL REVENUE )<br>CORPORATION, )<br>)<br>Defendants. )<br>) | Civil Action No. 03-CV-12565-PBS |

### DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF

Pursuant to Local Rule 7.1(B)(3), the Defendants SLM Corporation, Sallie Mae Servicing, L.P., Nellie Mae, United Student Aid Funds, Inc ("USA Funds"), and General Revenue Corporation (collectively the "Defendants") hereby move that the Court grant them leave to file the Defendants' Reply Brief In Further Support Of Their Motion To Dismiss. As the grounds for this Motion, the Defendants state that Mr. Gibbs' Opposition Brief identified--for the first time--the specific Federal Regulations that he contends were violated by the Defendants in this action. A reply is necessary to address these assertions and to further assist the Court in its determination whether to dismiss this matter.

Dated: March 2, 2004                                Respectfully submitted,

                                                    SALLIE MAE DEFENDANTS

                                                    By their attorneys,

                                                    *[signature]*
                                                    Peter E. Gelhaar (BBO #188310)
                                                    Matthew N. Kane (BBO #636801)
                                                    Donnelly, Conroy & Gelhaar, LLP
                                                    One Beacon Street, 33rd Floor
                                                    Boston, MA 02108
                                                    (617) 720-2880


## Local Rule 7.1(a)(2) Certification

I, Matthew N. Kane, hereby certify that, on March 1, 2004, I spoke with Plaintiff in a good faith attempt to narrow or resolve the issues presented by this motion. Unfortunately, the parties were unable to reach any agreement or otherwise resolve the matters at issue.

                                                    *[signature]*
                                                    Matthew N. Kane (BBO #636801)


**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand [government]

Date: 3/2/04   *[signature]*