UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Kipp R. Gibbs,
Plaintiff,

v.

SLM Corp. (a.k.a. Sallie Mae and as
USA Education, Inc.), Sallie Mae
Servicing, L.P., Nellie Mae, USA Funds,
General Revenue Corporation,
Defendants.

CIVIL ACTION NO.  03-cv-12565-PBS

## AFFIDAVIT OF PLAINTIFF KIPP R. GIBBS

The Plaintiff, On March 8, 2004, filed an eleven-page "Opposition to Reply Brief" (filed electronically in the PACER system as "Response"), which included four additional pages of exhibits. Pages 10 and 11 of the Opposition, which contained the "Conclusion" of the Plaintiff and are the most damaging pages to the Defendants, were not scanned into the electronic filing system with the rest of the document.

Accordingly, today, March 16, 2004, each page has been individually time-stamped and re-filed with the Clerk's office. Additionally, the content of the missing pages has been included in *this* document.

Page 10 of the "Opposition to Reply Brief" or "Response" follows on the next full page: