**C.I.B.M.S.**
600 Saw Mill Rd., P.O. Box 26775
West Haven, CT 06516
203-931-2020 Fax: 203-931-2025

REPORT ID: 1574486   Page 1 of 6
ISSUED: 02/02/04
Merged Report

Prepared for: F111494
UNI MORTGAGE GROUP
600 MAIN STREET
WEST YARMOUTH, MA

Date: 02/02/04   $13.50
Loan Number:
Requested By:   kgibbs    Analyst:
Repository Source:   TU, EXP, EQX

—Borrower—

Name: KIPP GIBBS
Address:  0 PO BOX 42
          OSTERVILLE, MA 02655
Since:            Status:
SSN: [redacted]   Age:
Marital Status:
Employer: BOSTON GLOBE
Position:
Hired:
Verified: N   On:
Comment:

—Co-Borrower—

Name:
Address:
Since:            Status:
SSN:              Age:
Marital Status:
Employer:
Position:
Hired:
Verified:   On:
Comment:

—Former—

Address:
From:   To:
Employer: STEAM SHIP AUTHORIT
Hired:
Verified: N   On:
Comment:

—Former—

Address:
From:   To:
Employer:
Hired:
Verified:   On:
Comment:

## CREDIT HISTORY

| E C O A | W h o s e | Creditor Name / Account Number | Date Opened / Credit Limit | Date Reported / Last Activity | High Credit / Terms | Balance Owing | Amount Past Due | Mos Rev | 30-59 Days | 60-89 Days | 90-120 Days | Current Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | B | USA FUNDS 17029566868 STUDENT LOAN DLA: 05/03 CLAIM FILED WITH GOVERNMENT NELLIE MAE FNBC AS TRUSTEE AGENCY: UNITED STUDENT | 08/00 $34633 | 12/03A 08/00F | $34633 | $51593 | $51593 | | | | | I09* TU (EXP,EQX) |
| I | B | UNIV MIAMI 29566868PER17A STUDENT LOAN DLA: 12/02 PLACED FOR COLLECTION AGENCY: UNIVERSITY OF M | 09/89 $1500 | 01/04A 05/03F | $1500 120M30 | $2508 | $2508 | | | | | I9B* TU (EXP) |
| I | B | CAP 1 BANK 529107146395 ESTIMATED MONTHLY PAYMENT: $120 DLA: 05/98 CHARGED OFF ACCOUNT CREDIT CARD MAX DEL: 05/99 09 AGENCY: CAPITAL ONE | 01/98 $731 | 01/04A 05/98 | $731 | $2409 | $2409 | 1 | 1 | 4 | | R09* EQX (TU,EXP) |

EXHIBIT 19



**C.I.B.M.S.**
600 Saw Mill Rd., P.O. Box 26775
West Haven, CT 06516
203-931-2020 Fax: 203-931-2025

REPORT ID: 511159   Page 1 of 5
ISSUED: 08/16/03
Merged Report

| Prepared for: F111494 | Date: 08/16/03 | $13.50 |
| UNI MORTGAGE GROUP | Loan Number: | |
| 600 MAIN STREET | Requested By: kgibbs   Analyst: | |
| WEST YARMOUTH, MA | Repository Source:  TU, EXP, EQX | |

―――Borrower―――
Name: KIPP GIBBS
Address:   0 PO BOX 42
           OSTERVILLE, MA 02655
Since:            Status:
SSN: ▓▓▓▓▓▓▓▓▓   Age:
Marital Status:
Employer:   BOSTON GLOBE
Position:
Hired:
Verified:  N       On:
Comment:

―――Co-Borrower―――
Name:
Address:
Since:            Status:
SSN:              Age:
Marital Status:
Employer:
Position:
Hired:
Verified:         On:
Comment:

―――Former―――
Address:
From:             To:
Employer:  STEAM SHIP AUTHORIT
Hired:
Verified:  N      On:
Comment:

―――Former―――
Address:
From:             To:
Employer:
Hired:
Verified:         On:
Comment:

## CREDIT HISTORY

| ECOA | Whose | Creditor Name / Account Number | Date Opened / Credit Limit | Date Reported / Last Activity | High Credit / Terms | Present Status / Balance Owing | Amount Past Due | Mos Rev | 30-59 Days | 60-89 Days | 90-120 Days | Current Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | B | NELLIE MAE FNBC 17029566868 EDU COLLACCT AGENCY: U S A FUNDS | 08/00 $34633 | 07/03A 09/01C | | $50286 | $50286 | 36 | 0 | 0 | 2 | I9B* EXP (TU,EQX) |
| I | B | UNIV MIA 29566868PER17A DLA: 10/00 COLLECTION ACCOUNT STUDENT LOAN | 09/89 $1500 | 08/03A 10/00 | $1500 30 | $2427 | $2427 | 3 | | | | I05* EQX (TU,EXP) |
| I | B | CAP 1 BANK 529107146395 ESTIMATED MONTHLY PAYMENT: $113 DLA: 05/98 CHARGED OFF ACCOUNT CREDIT CARD MAX DEL: 04/99 05 AGENCY: CAPITAL ONE | 01/98 $731 | 06/03A 05/98 | $731 | $2264 | $2264 | 1 | 1 | | 4 | R09* EQX (TU,EXP) |

EXHIBIT 20