IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 14  P 4:33

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| KIPP GIBBS, individually and on behalf of all other similarly situated, ) ) ) | |
| Plaintiff, ) ) ) ) | |
| v. ) ) | Civil Action No. 03-CV-12565-PBS |
| SLM CORPORATION, SALLIE MAE SERVICING L.P., NELLIE MAE, USA FUNDS, and GENERAL REVENUE CORPORATION, ) ) ) ) ) ) | |
| Defendants. ) ) | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLAIMS FOR NEGLIGENCE (COUNT III) AND BREACH OF CONTRACT (COUNT V)

The Defendants SLM Corporation, Sallie Mae Servicing, L.P., Nellie Mae, United Student Aid Funds, Inc ("USA Funds"), and General Revenue Corporation (collectively the "Defendants") hereby move to dismiss the Plaintiff's Amended Claims for Negligence (Count IIII) and Breach Of Contract (Count V). The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, the Defendants respectfully request that the Amended Claims for Negligence (Count III) and Breach of Contract (Count V) be dismissed <u>with prejudice</u>.

Dated: October 14, 2004                               Respectfully submitted,

                                                      SLM CORPORATION, SALLIE
                                                      MAE SERVICING L.P., NELLIE
                                                      MAE, USA FUNDS, and
                                                      GENERAL REVENUE
                                                      CORPORATION,

                                                      By their attorneys,

                                                      /s/ Matthew N. Kane
                                                      Peter E. Gelhaar (BBO #188310)
                                                      Matthew N. Kane (BBO #636801)
                                                      Donnelly, Conroy & Gelhaar, LLP
                                                      One Beacon Street, 33rd Floor
                                                      Boston, MA 02108
                                                      (617) 720-2880

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/~~by hand~~ overnight

Date: 10/14/04  /s/ Matthew N. Kane