UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kipp R. Gibbs,<br>Plaintiff,<br><br>v.<br><br>SLM Corp. (a.k.a. Sallie Mae and as USA Education, Inc.), Sallie Mae Servicing, L.P., Nellie Mae, USA Funds, General Revenue Corporation,<br>Defendants. | CIVIL ACTION NO.  03-cv-12565-PBS<br><br>Notice of Appeal |

    Notice is hereby given that Kipp R. Gibbs, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 1st Circuit from an order on Motion to Dismiss entered in this action on the 6th day of December 2004.

_____
Kipp R. Gibbs
Pro Se
PO Box 42
Osterville, MA 02655
(508) 292-2280