# MANDATE

# United States Court of Appeals
## For the First Circuit

*[handwritten: 03-12565 Honorable Patti B. Saris MABD]*

No. 05-1057

KIPP R. GIBBS,

Plaintiff, Appellant,

v.

SLM CORPORATION, ET AL.,

Defendants, Appellees.

---

Before

Boudin, <u>Chief Judge</u>,
Lynch and Lipez, <u>Circuit Judges</u>.

---

JUDGMENT

Entered: August 23, 2005

    The judgment of the district court is affirmed essentially for the reasons stated in its published opinion, <u>Gibbs</u> v. <u>SLM Corp.</u>, 336 F.Supp.2d 1 (D.Mass. 2004), and its Order of November 30, 2004, dismissing newly amended Counts 3 and 5 without opposition. See 1st Cir. R. 27(c). We add only that the court did not remotely abuse its discretion by dismissing what remained of the case after plaintiff ignored its pointed warning.

<u>Affirmed</u>.

By the Court:

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk.

**Richard Cushing Donovan, Clerk**

MARGARET CARTER

By: _____
Chief Deputy Clerk.

**Deputy Clerk**

**Date: 9/15/05**

cc:     John Ogbodo Eze
        Neil Cashman, Esq.
        Valarie Dickson
        Michael J. Sullivan, USA
        William C. Peachey, Esq.